UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Shasta Lake Resorts, LP | **Case No :** | 11-37221 - C - 11 |
| | | **Date :** | 9/7/2011 |
| | | **Time :** | 10:00 |
| **Matter :** | Status Conference – [1] – Chapter 11 Voluntary Petition. | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
       Debtor(s) Attorney – Jamie P. Dreher
(by phone)  Creditor's Attorney – Mark Gorton; Patricia Lyon-ph

**HEARING CONTINUED TO:** 9/21/11 at 10:00 AM